**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00473-LTB-BNB

ECHOSTAR SATELLITE LLC, a Colorado limited liability company,
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and
NAGRASTAR LLC, a Colorado limited liability company,
    Plaintiffs,

v.

WILLIAM MOSLEY, an individual,
VIRGINIA MOSLEY, an individual,
John Does 1-10,
    Defendants.

_____

**ORDER**
_____

Upon Plaintiffs' Dismissal of Defendants John Does 1-10 Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc 8 - filed September 8, 2005), it is

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE as to Defendants John Does 1-10 only.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED:   September   19  , 2005